### ROBINSON v. ROME RAILWAY AND LIGHT COMPANY.

This case is before the Supreme Court on a writ of certiorari from the Court of Appeals; and being for decision by a full bench of six Justices, Beck, P. J., and Hill and Gilbert, JJ., being in favor of an affirmance of the judgment of the Court of Appeals, and Russell, C. J., and Atkinson and Hines, JJ., being of a contrary view, the judgment of the Court of Appeals stands affirmed by operation of law.

No. 5527. SEPTEMBER 7, 1927.

Certiorari; from Court of Appeals. 35 *Ga. App.* 521.

*Porter & Mebane,* for plaintiff.

*L. A. Dean* and *Lamar Camp,* for defendant.

Courts, 15 C. J. p. 966, n. 78.

---

### ALEXANDER v. THE STATE.

1. There was sufficient evidence to authorize the instructions to the jury, on which error was assigned.
2. The evidence was sufficient to support the verdict.

No. 5635. SEPTEMBER 7, 1927.

Murder. Before Judge Searcy. Spalding superior court. July 31, 1926.

*H. A. Allen,* for plaintiff in error.

*George M. Napier, attorney-general, E. M. Owen, solicitor-general, T. R. Gress, assistant attorney-general,* and *Lawrence S. Camp,* contra.

ATKINSON, J. Several persons, including Arthur Alexander, were jointly indicted for the murder of James C. Langston. On a separate trial Arthur Alexander was convicted, and the exception is to the judgment overruling his motion for a new trial.

1. Grounds one and two of the amendment to the motion for new trial complain of certain excerpts from the charge to the jury, not because they stated incorrect principles of law, but upon the ground that they were not authorized by the evidence. Upon careful consideration of the evidence set out in the first of these grounds, and of all of the evidence and the prisoner's statement as contained in the brief of evidence, it is held that there was sufficient evidence to authorize the charge. The homicide involved in this case

Homicide, 30 C. J. p. 310, n. 25; p. 337, n. 86.